**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JENNIFER HAMBLEN                                                    PLAINTIFF

v.                              No. 4:10CV00508 JLH

TRUGREEN LIMITED PARTNERSHIP and
THE SERVICEMASTER COMPANY                                          DEFENDANTS

**<u>ORDER OF DISMISSAL</u>**

Having been notified by counsel that a settlement has been reached in this matter, the Court

finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against

defendants be, and they are, hereby dismissed.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the

action if it is satisfactorily shown that settlement has not been completed and further litigation is

necessary.

IT IS SO ORDERED this 16th day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE